FILED
AUG 23 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

1 | MCGREGOR W. SCOTT
United States Attorney
2 | BENJAMIN J. WOLINSKY
Assistant United States Attorney
3 | Eastern District of California
501 I Street, Suite 10-100
4 | Sacramento, CA  95814-2322
Telephone: (916) 554-2798
5 | Facsimile: (916) 554-2900
Email: Benjamin.Wolinsky@usdoj.gov

7 | Attorneys for the United States

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 | 2:18-SW-721  EFB

| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF AMERISOURCEBERGEN DRUG CORPORATION:<br><br>1325 West Striker Avenue<br>Sacramento, California 95834 | APPLICATION FOR ADMINISTRATIVE INSPECTION WARRANT UNDER THE CONTROLLED SUBSTANCES ACT, 21 U.S.C. § 880<br><br>Investigator:  Mark Jackson |
|---|---|

**To: The United States Magistrate Judge, Eastern District of California**

The Controlled Substances Act, 21 U.S.C. §§ 801-904, (the "CSA") provides for government supervision of those individuals or entities engaged in manufacturing and distributing controlled substances ("registrants"). The CSA requires that a manufacturer or distributor of controlled substances be registered with the Drug Enforcement Administration (DEA). 21 U.S.C. § 822. There are both civil and criminal penalties for violations of the Act. 21 U.S.C. §§ 825-865.

To ensure compliance with the CSA and its implementing regulations, the DEA is authorized to conduct inspections of a registrant's premises. 21 U.S.C. § 880. Specifically, the CSA authorizes the DEA to conduct administrative inspections to: (1) inspect records, reports, and other documents required to be kept or made under the Act; and (2) inspect the controlled premises, all pertinent equipment, drugs, and other substances or materials, containers, and labeling found therein (including records, files, papers, processes, controls and facilities)  appropriate for verification of the records,

1 reports and documents, or otherwise bearing on the provisions of the Act,[1] and (3) inventory the stock of
2 any controlled substance and obtain samples of such substances. 21 U.S.C. § 880(b)(3). "The statutory
3 scheme envisioned by the Act is one of control through record keeping." United States v. Greenberg,
4 334 F. Supp. 364, 366 (W.D. PA 1971). "Any person who desires to shoulder the responsibility of
5 engaging in the manufacture or distribution of these products ... [is subject] to the regulatory system laid
6 down by the 1970 Act." Id., at 367.

7 Upon a showing of probable cause, a United States District Judge or United States Magistrate
8 Judge may issue a warrant for the purpose of conducting an administrative inspection. 21 U.S.C.
9 § 880(d). "Probable cause" is defined by the CSA as "a valid public interest in the effective
10 enforcement of [the Act]." 21 U.S.C. § 880(d)(1). "Probable cause" in the traditional criminal law
11 sense is not required to support the issuance of an administrative warrant. Marshall v. Barlow's Inc.,
12 436 U.S. 307, 320 (1978). Rather, the fact that a registrant has never been inspected to ensure
13 compliance with compulsory record-keeping requirements alone justifies an administrative warrant.
14 United States v. Prendergast, 585 F. 2d 69, 70 (3rd Cir. 1978), citing United States v. Goldfine, 538 F.
15 2d 815, 818-819 (9th Cir. 1976). The subject registrant has been inspected by DEA. See attached
16 Affidavit at paragraph 6.

17 Mark Jackson, Diversion Investigator, United States Drug Enforcement Administration stationed
18 in the Sacramento, California District Office, herby applies for an Administrative Inspection Warrant
19 pursuant to the Controlled Substances Act, 21 U.S.C.§ 880(d), for the inspection and search of the
20 following controlled premises:

21 AmerisourceBergen Drug Corporation
   DEA #RA0310603
22 1325 West Striker Avenue
   Sacramento, CA  95834
23 (916) 830-4810

24
25 This Application for an Administrative Inspection Warrant is based upon the attached Affidavit.

26

---

27 [1] The Act provides for the inspection of items such as records, files and papers, the maintenance of which is not required under the Act, but which is appropriate for the verification of the requirements
28 of the Act. 21U.S.C.§ 880(b)(3)(B). The Act does not specifically provide for the copying of such items. Id.

APPLICATION FOR ADMINISTRATIVE INSPECTION
WARRANT UNDER THE CONTROLLED SUBSTANCES ACT        2

Dated: August 15, 2018

_____
Mark Jackson
Diversion Investigator
Drug Enforcement Administration

Approved as to form:

_____
Assistant United States Attorney