MCGREGOR W. SCOTT
United States Attorney
BENJAMIN J. WOLINSKY
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2798
Facsimile: (916) 554-2900
Email: Benjamin.Wolinsky@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF AMERISOURCEBERGEN DRUG CORPORATION:<br><br>1325 West Striker Avenue<br>Sacramento, California 95834 | 2:18-SW-721 EFB<br><br>**AFFIDAVIT FOR APPLICATION FOR ADMINISTRATIVE INSPECTION WARRANT UNDER THE CONTROLLED SUBSTANCES ACT, 21 U.S.C. § 880(d)**<br><br>**Investigator: Mark Jackson** |

The undersigned, Mark Jackson, being duly sworn, declares:

1. I am a Diversion Investigator with the Drug Enforcement Administration ("DEA"), United States Department of Justice, assigned to the Sacramento California District Office.

2. DEA hired me in August 2005. I have received training in the manufacturing, distribution, and dispensation of pharmaceutical controlled substances, and the corresponding records and inventories that are required to be kept pursuant to the Comprehensive Drug Abuse Prevention and Control Act of 1970, 21 U.S.C. §§ 801, *et seq.* (the "CSA").

3. Sections 878(a)(2), 880(b)(1), (2), and (3), of the CSA authorize me as part of my job to execute Administrative Inspection Warrants to inspect the controlled premises of persons and firms registered under the CSA. The inspections allow DEA Personnel to verify the correctness of all records, reports and other documents the CSA requires a registrant to make and keep. Specifically, the Act authorizes the DEA to conduct administrative inspections to: (1) inspect records, reports and other documents required to be kept or made under the Act; and (2) inspect the controlled premises, all

pertinent equipment, drugs, and other substances or materials, containers, and labeling found therein (including records, files, papers, processes, controls and facilities) appropriate for verification of the records, reports and documents, or otherwise bearing on the provisions of the Act; and (3) inventory the stock of any controlled substance and obtain samples of such substances. 21 U.S.C. § 880(b)(3).[1]

4. AmerisourceBergen Drug Corporation is registered under the CSA and has been assigned DEA Registration Number RA0310603 in controlled substances Schedules 2-5. This registrant conducts business as AmerisourceBergen Drug Corporation, 1325 West Striker Avenue, Sacramento, California 95834.

5. AmerisourceBergen Drug Corporation is a controlled premise within the meaning of 21 U.S.C. § 880(a)(1) and (2) and 21 C.F.R. § 1316.02(c)(1) and (2). As such, AmerisourceBergen Drug Corporation is required to keep complete and accurate records of all controlled substances received, sold, delivered or otherwise disposed at this location. 21 U.S.C. § 827 and 21 C.F.R. § 1304.01, *et seq*. The inspection of the controlled premises is designed to ensure AmerisourceBergen Drug Corporation's compliance with the CSA and its regulations.

6. I have examined the DEA's files, records and other databases, and determined the DEA last inspected AmerisourceBergen Drug Corporation in April 2015 for a routine scheduled investigation.

7. An analysis of DEA databases identified AmerisourceBergen Drug Corporation as a top purchaser of Hydrocodone and Oxycodone in various forms and strengths from January 2016 to June 2018 within the state of California. AmerisourceBergen Drug Corporation has distributed the purchased controlled substances to various DEA registrants; which include pharmacies and doctors throughout the state of California.

8. AmerisourceBergen Drug Corporation ranked first in top ten purchasers of Hydrocodone within the state of California from February 2016 to December 2016 with 147,128,670 dosage units purchased.

9. AmerisourceBergen Drug Corporation ranked first in top ten purchasers of Hydrocodone

---

[1] The Act provides for the inspection of items such as records, files, and papers, the maintenance of which is not required under the Act, but such inspection is appropriate for the verification of the requirements of the Act. 21 U.S.C. § 880(b)(3)(a). The Act does not specifically provide for the copying of such items.

APPLICATION FOR ADMINISTRATIVE INSPECTION
WARRANT UNDER THE CONTROLLED SUBSTANCES ACT        2

1  within the state of California from January 2017 to December 2017 with 144,772,660 dosage units purchased.

10.  From January 2018 to June 2018, AmerisourceBergen Drug Corporation ranks second for purchasers of Hydrocodone within the state of California with 42,237,690 dosage units of Hydrocodone currently purchased.

11.  AmerisourceBergen Drug Corporation ranked third in top ten purchasers of Oxycodone within the state of California from February 2016 to December 2016 with 51,770,100 dosage units purchased.

12.  AmerisourceBergen Drug Corporation ranked third in top ten purchasers of Oxycodone within the state of California from January 2017 to December 2017 with 52,405,120 dosage units purchased.

13.  From January 2018 to June 2018, AmerisourceBergen Drug Corporation ranks third for purchasers of Oxycodone within the state of California with 15,710,760 dosage units of Oxycodone currently purchased.

14.  Internal practices and operational protocols for suspicious orders filled by the AmerisourceBergen Drug Corporation will be reviewed in regards to the excessive orders and sales of controlled substance dosage units.

15.  Given these facts and based on the controlled substances purchased by AmerisourceBergen Drug Corporation, I believe there are likely to be unreported suspicious orders for controlled substances and record-keeping violations related to the distribution and/or dispensation of controlled substances by AmerisourceBergen Drug Corporation. I further believe the requested inspection will help protect the public health safety and advance the CSA's public interest in enforcing the Act's oversight provisions.

16.  The DEA needs to review AmerisourceBergen Drug Corporation's containers, and labeling, and all other things therein including records, files, and papers, processes, controls and facilities appropriate for the verification of the CSA, such as written and electronic correspondence regarding maintenance of inventories, theft or loss reports, communications related to AmerisourceBergen Drug Corporation's compliance with the CSA, written policies, procedures and

1 training regarding maintenance of inventories, perpetual inventories, biennial inventories, internal audits and manuals or written material describing computer programs or other procedures AmerisourceBergen Drug Corporation uses to maintain inventories of controlled substances appropriate for the verification of the records, reports, and documents required by the CSA.

17. I will be accompanied by one or more Investigators during the inspection who are employees of the Attorney General authorized to conduct administrative inspections and one or more DEA Special Agents. A return will be made to the on-duty Magistrate Judge upon the inspection's completion.

18. I have personal knowledge of the facts stated herein, and state they are true to the best of my knowledge.

DATED: August 15, 2018

By: _____
MARK JACKSON
Diversion Investigator
Drug Enforcement Administration

Approved as to form:
_____

Sworn to before me and subscribed
In Sacramento, California
On this 15th day of August, 2018

_____
Honorable Edmund F. Brennan
United States Magistrate Judge
United States District Court
for the Eastern District of California