MCGREGOR W. SCOTT
United States Attorney
BENJAMIN J. WOLINSKY
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2798
Facsimile: (916) 554-2900
Email: Benjamin.Wolinsky@usdoj.gov

Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF AMERISOURCEBERGEN DRUG CORPORATION:<br><br>1325 West Striker Avenue<br>Sacramento, California 95834 | 2:18-SW-721 EFB<br><br>**WARRANT FOR INSPECTION – RETURN ACCOUNTING FOR ITEMS SEIZED**<br><br>**Investigator: Mark Jackson** |

On August 22, 2018, the following items were seized from the above-referenced premises:

Please reference attached DEA-12 receipts (6 pages)

RETURN ACCOUNTING FOR ITEMS SEIZED                    1

**U.S. DEPARTMENT OF JUSTICE** - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Rochelle Tamsing
AmensourceBergen
1375 Stryker Ave
Sacramento, CA 95834

DIVISION/DISTRICT OFFICE

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE 8/22/2018

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 Banker Box | Packing Slips Vendor 12-1-2016 - 12-30-2016 P96755539 | AUDIT |
| 1 Banker Box | Vendor Packing List 7-1-17 - 7-30-17 P32993450 | AUDIT |
| 1 Banker Box | Packing Ship 3-1-18 - 3-30-18 P96755589 | AUDIT |
| 1 Banker Box | Packing Slips from Vendor 2-1-18 - 2-28-18 P96755565 | AUDIT |
| 1 Banker Box | Packing Slips Vendor 10-1-2016 - 10-31-2016 P96755508 | AUDIT |
| 1 Banker Box | Packing Slips Vendor 9-1-2016 - 9-30-2016 P96755507 | AUDIT |
| 1 Banker Box | Packing Slips Vendor 8-1-2016 - 8-31-2016 P96755515 | AUDIT |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
Mark Jackson, Division Investigator

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
Rochelle Tamsing, Director of Operations

**U.S. DEPARTMENT OF JUSTICE** - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Rochelle Tamsing
AmerisourceBergen
1325 Striker Ave
Sacramento, CA 95834

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE: 8/22/2018

DIVISION/DISTRICT OFFICE
San Francisco Field Division/Sacramento District Office

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 Banker Box | Packing List "August 1-2018 thru August 21, 2018" | AUDIT |
| 1 Banker Box | Vendor Packing Lists "12/1/17 to 12/31/17" "P96755580" | AUDIT |
| 1 Banker Box | Packing Slips Vendor 5-1-17 to 5-31-17 P96755571 | AUDIT |
| 1 Banker Box | Packing Slips, Vendor, 7-1-18 to 7-31-18 P Label P96755591 | AUDIT |
| 1 Banker Box | Packing Slips Vendor 4-3-17 to 4-28-17 P96755572 | AUDIT |
| 1 Banker Box | Packing Slips Vendor 6-1-2018 to 6-29-18 P Label: P96755588 | AUDIT |
| 1 Banker Box | Vendor Packing Lists 10-1-17 to 10-31-17 P96755581 | AUDIT |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
Mark Jalron, Diversion Investigator

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
Rochelle Tamsing, Director of Operations

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Rochelle Tam Sing
AmerisourceBergen
1385 Striker Ave
Sacramento, CA 95834

DIVISION/DISTRICT OFFICE: San Francisco Field Division / Sacramento District Office

FILE NO.:
G-DEP IDENTIFIER:
FILE TITLE:
DATE: 8/22/2018

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 Banker Box | Packing Lists Vendor 3-1-2017 to 3-31-17 P96755552 | AUDIT |
| 1 Banker Box | Packing Slips, Vendor 5-1-2018 - 5-31-2018 P Label P96755582 | AUDIT |
| 1 Banker Box | Packing Slips Vendor 9-1-2017 to 9-30-2017 P96755568 | AUDIT |
| 1 Banker Box | Packing Slip Vendor 2-1-2017 - 2-28-2017 P96755573 | AUDIT |
| 1 Banker Box | Packing Slips, Vendor 4-1-18 - 4-30-18 P Label: P96755590 | AUDIT |
| 1 Banker Box | Packing Lists Vendor 8-2-17 - 8-28-17 P96755583 | AUDIT |
| 1 Banker Box | Packing Slips Vendor 1-1-2017 to 1-31-17 P96755551 | AUDIT |

RECEIVED BY (Signature)
NAME AND TITLE (Print or Type): MARK JACKSON, Diversion Investigator

WITNESSED BY (Signature)
NAME AND TITLE (Print or Type): Rochelle Tam Sing, Director of Operations

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Rochelle Tam Sing
AmerisourceBergen
B25 Striker Ave
Sacramento, CA 95834

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE 8/22/2018

DIVISION/DISTRICT OFFICE
SFFD/Sacramento District Office

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 Banker Box | 7/2018 - 8/2018 DEA 222 FORMS | AUDIT |
| 1 Banker Box | 5/1/2017 - 8/31/2017 DEA 222 FORMS P9675555 | AUDIT |
| 1 Box | DEA 222 FORMS FOR AUDIT | AUDIT |
| 1 Banker Box | DEA 222 Forms Brown Copies 1-1-2018 - 4-30-18 P96755566 | AUDIT |
| 1 Banker Box | DEA 222 Forms Brown Copies 9-1-2017 - 12-31-2017 P96755567 | AUDIT |
| 1 Banker Box | DEA Brown Copies 9-1-2016 - 10-31-2016 P96755508 | AUDIT |
| 1 Banker Box | DEA Brown Copies 5-1-2018 — No P Label | AUDIT |
| 1 Banker Box | DEA Brown Copies 11-1-2016 - 12-31-2016 P96755509 | AUDIT |

RECEIVED BY (Signature)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
MARK JACKSON, DIVERSION INVESTIGATOR

NAME AND TITLE (Print or Type)
Rochelle Tam Sing, Director of Operations

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Rochelle Tamsin
Amerisource Bergen
1385 Striker Ave
Sacramento, CA 95834

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE 8/22/2018

DIVISION/DISTRICT OFFICE
SFFD/ Sacramento District Office

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 Banker Box | DEA Brown Copies 7-1-2016 - 8-31-2016  P96755517 | AUDIT |
| 1 Banker Box | DEA 222 Forms Brown Copies  1-1-2017 - 4-30-2017  P96755574 | AUDIT |
| 1 Banker Box (BAQ) | Biennial Inventory 3-5, Biennial Inv. 2, DEA 106 2018, DEA 106 2017, DEA 106 2016 | AUDIT |
| 1 Banker Box | 8/2016 - 8/2018 | AUDIT |
| 1 Banker Box | 11/1/2017 - 11/30/17 Packing Slips | AUDIT |
| 1 Banker Box | 1-1-18 - 1-31-18 Vendor Packing Lists | AUDIT |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
Mark Jackson, Diversion Investigator

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
Rochelle Tamsin, Director of Operations

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Shellie Ogino
AMERISOURCE BERGAN CORP
1325 Striker Dr.
Sacramento CA 95834

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE 8/21/2018

DIVISION/DISTRICT OFFICE
San Francisco Field Division / Sacramento DO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| One | ScanDisk Ultra USB 3.0 16GB  See attached list for contents | |
| | Nothing follows | |

RECEIVED BY (Signature)

WITNESSED BY (Signature)
Shellie Ogino

NAME AND TITLE (Print or Type)
Brice Burchard
Diversion Investigator

NAME AND TITLE (Print or Type)
Shellie Ogino  CSRA Manager